## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| | : | DATE FILED: July 16, 2026 |
| v. | : | VIOLATIONS: |
| | | 18 U.S.C. § 1951(a) (robbery |
| LUIS VEGA-GONZALEZ | : | which interferes with interstate |
| | | commerce – 8 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The Marathon gas station at 802 Union Boulevard, Allentown, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about October 31, 2025, in Allentown, in the Eastern District of Pennsylvania, defendant

### LUIS VEGA-GONZALEZ

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the taking and obtaining of, approximately $1,800 in United States currency and five

cartons of cigarettes, belonging to the Marathon gas station located at 802 Union Boulevard, Allentown, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by pointing a dangerous weapon at the victim and holding him at gunpoint while the items were taken.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      The Sunoco gas station at 2960 Linden Street, Bethlehem, Pennsylvania, was business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.      On or about November 2, 2025, in Bethlehem, in the Eastern District of Pennsylvania, defendant

## LUIS VEGA-GONZALEZ

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, five cartons of cigarettes, vapes, cigars, and approximately $3,294 in United States currency, belonging to the Sunoco gas station at 2960 Linden Street, Bethlehem, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a dangerous weapon and striking the employee with a metal baton.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

3

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.    The Racetrack gas station at 2350 Linden Street, Bethlehem, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.    On or about November 5, 2025, in Bethlehem, in the Eastern District of Pennsylvania, defendant

## LUIS VEGA-GONZALEZ

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, United States currency and cigarette cartons valued at approximately $1,000, belonging to the Racetrack gas station at 2350 Linden Street, Bethlehem, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a dangerous weapon and threatening and confining the employee.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

4

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      The Penn Jersey gas station at 349 South Walnut Street, Bath, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.      On or about November 8, 2025, in Bath, in the Eastern District of Pennsylvania, defendant

## LUIS VEGA-GONZALEZ

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, approximately $3,000 in United States currency, cigarettes, and an employee's cell phone, belonging to the Penn Jersey gas station at 349 South Walnut Street, Bath, Pennsylvania and/or to Arsh Sharma, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by pointing a dangerous weapon at the employee.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. The Raceway gas station at 1020 Main Street, Hellertown, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about November 8, 2025, in Hellertown, in the Eastern District of Pennsylvania, defendant

**LUIS VEGA-GONZALEZ**

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, approximately $5,078 in United States currency and merchandise, belonging to the Raceway gas station at 1020 Main Street, Hellertown, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by pointing a dangerous weapon at the employee and demanding cash.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.    The Penn Jersey gas station at 2134 Northampton Street, Wilson, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.    On or about November 10, 2025, in Wilson, in the Eastern District of Pennsylvania, defendant

### LUIS VEGA-GONZALEZ

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, 28 packs of cigarettes, electronic cigarettes, and United States currency totaling approximately $1,959.33, belonging to the Penn Jersey gas station at 2134 Northampton Street, Wilson, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a dangerous weapon and forcing the employee into the bathroom.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.    The 7-11 at 2324 Union Boulevard, Allentown, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.    On or about November 10, 2025, in Allentown, in the Eastern District of Pennsylvania, defendant

**LUIS VEGA-GONZALEZ**

and Person #1 and Person #2, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of approximately $1,200 United States currency belonging to 7-11 at 2324 Union Boulevard, Allentown, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a dangerous weapon.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.     The Sunoco gas station at 2960 Linden Street, Bethlehem, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2.     On or about November 11, 2025, in Bethlehem, in the Eastern District of Pennsylvania, defendant

### LUIS VEGA-GONZALEZ

and Person #1, known to the grand jury, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, and attempted to do so, in that defendant VEGA-GONZALEZ unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, tobacco, cartons of cigarettes, and United States currency totaling approximately $1,435.35, belonging to the Sunoco gas station at 2960 Linden Street, Bethlehem, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by pointing a dangerous weapon at the employee and forcing him into a back room.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

9

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    As a result of the violations of Title 18, United States Code, Section 1951 set forth in this indictment, the defendant,

### LUIS VEGA-GONZALEZ

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $19,808.00.

2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

GRAND JURY FOREPERSON

DAVID METCALF
UNITED STATES ATTORNEY

11

*No. 26-*

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## LUIS VEGA-GONZALEZ

### INDICTMENT
Counts

18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce - 8 counts)
18 U.S.C. § 2 (aiding and abetting)

Notice of forfeiture



A true bill

Filed in ___ ___ day,

Bail, $_____